# John J. Kirlin, Inc.
*Mechanical Contractors*

February 28, 2005

Kannapell Rodgers Company
4905 Hampden lane
Suite 20
Bethesda, MD 20814

Attention:   Frank Kannapell

**REF:**   **Capitol Visitor Center, SEQ 2, Washington, DC 20515**
       **John J. Kirlin, Inc. Job #1259**

**SUB:**   **Re-asignment - Material Supplier Agreement / Terms**
       **JJK #1259-6-05, dated July 16, 2005**

Gentlemen:

Our firm respectfully wishes to confirm the following terms and conditions with regard to the above referenced John J. Kirlin, inc. - Material Supplier agreement.

1.   Our firm will re-issue the Material Supplier Agreement No. 1259-6-05, in the amount of **$361,731.00** to Flanders Filter's Inc., c/o Kannapell Rodgers Company, Inc.

2.   Flanders' Filters Inc. shall execute the Material Supplier Agreement and return with a Certificate of Current Cost or Pricing data firm for the material escalation claim, **($287,019.00)**.

3.   Upon receipt of the executed Material Supplier Agreement and Certificate of Current Cost of Pricing Data, our firm will issue a Material Supplier Agreement Change Order Modification in the amount of **$287,019.00**.

    Flanders will execute and return the Change Order Modification.

4.   Our firm will issue a Purchase Order release to commence fabrication and delivery of the equipment purchased.

5.   Upon receipt of the release, Flanders will confirm receipt and provide a delivery schedule to coordinate project activities.

# John J. Kirlin, Inc.
## ROCKVILLE DIVISION
*Mechanical Contractors*

Page 2,  February 28, 2005
Re-asignment - Material Supplier Agreement / Terms
JJK #1259-6-05, dated July 16, 2005

We trust that this information is consistent with your understanding and should you have any questions, please contact the undersigned at (202) 554-1920 or (202) 554-8362.

Should you have any questions please call the undersigned @ (202) 554-1920 or (202) 554-8362.

Sincerely,
John J. Kirlin, Inc.

Roger Mitchell
Project Executive

RM/cmw
CC:  Gary Grandchamp
       Mike Luffred
       1236-6-05
       1259