

# John J. Kirlin, Inc.
### ROCKVILLE DIVISION
*Mechanical Contractors*

CORPORATE HEADQUARTERS
515 DOVER ROAD, STE. 2200
ROCKVILLE, MARYLAND 20850
(301) 424-3410
Fax (301) 738-8888

## MATERIAL SUPPLIER AGREEMENT

Revision 1: 22-February-2005

| PURCHASE ORDER NO. | 1259-06-05 |
|---|---|
| DATE | 7/16/03 |
| JOB | U. S. Capitol Visitor Center, Sequence 2<br>United States Capitol<br>Washington, D.C. 20515 |
| JOB NO. | 1259 |

**ISSUED TO:** Flanders Filters, Inc. c/o Kannapell Rodgers Company, Inc.
4905 Hampden Lane, Suite 20
Bethesda, Maryland 20814

**ATTN:** Frank Kannapell
301-657-9171

**SHIP TO:** John J. Kirlin Inc.
c/o Manhattan Construction Company
United States Capitol
Washington, D.C. 20515
(301) 252-3026 or (301) 252-1772
**ATTN:** 7 DAYS ADVANCED NOTICE REQUIRED FOR DELIVERIES

**DELIVERY TERMS:** FOB Jobsite [Freight Prepaid]
**Important:** The acceptance of this Order or any part of it obligates the Seller to abide by the terms, conditions and instructions on both pages of this order.

Please Enter Our Order for the Following Items:

| QTY. | ITEM DESCRIPTION | DATE REQUIRED | UNIT | AMOUNT |
|---|---|---|---|---|
| | High-efficiency particulate air filters as indicated on schedule | will advise | LOT | $ 136,000.00 |
| | High-efficiency particulate air filter grid system frames as indicated on schedule | will advise | LOT | $ 185,000.00 |
| | Filter gages as specified | will advise | LOT | $ Included |
| | Prefilters and holding frames as indicated on schedule<br>NOTE : Filters/frames for rooms 01001, 01002, 11604 and 16604<br>part of this scope of work. Room 31025 filter(s)/frame(s) not in contract. | will advise | LOT | $ Included |
| | Manufacturer's field service as specified | will advise | LOT | $ - |
| | All material provided to comply with "Buy American Act" | will advise | LOT | $ 40,731.00 |
| 15 | Installation, operation and maintenance manuals<br>Submittals as specified | July 28, 2003 | EACH | $ Included |
| | | | SUB-TOTAL: | $ 361,731.00 |
| | | | 0.0% SALES TAX:<br>(tax exempt) | $ - |
| | | | TOTAL AMOUNT: | $ 361,731.00 |

## THE CONTRACT DOCUMENTS

The Contract Documents for this PURCHASE ORDER consist of this Agreement and the following listed attachments: *Exhibit 1 - Contract Documents, Drawings, and Amendments*
*Exhibit 7 - Affidavit, Waiver of Lien and Release*
*Exhibit 9 - Direction of Correspondence Flow*
*Exhibit 12 - Submittal Procedures and Certifications*
*Exhibit 15 - Special Requirements*
*Exhibit 16 - Security Requirements*
*Certificate of Current Cost or Pricing Data*



**MATERIAL SUPPLIER AGREEMENT**

CORPORATE HEADQUARTERS
818 DOVER ROAD, STE. 2250
ROCKVILLE, MARYLAND 20854
(301) 424-0410
Fax (301) 738-4888
Mechanical Contractors

ISSUED TO: Flanders Filters, Inc. c/o Kannapell Rodgers Company, Inc.
4905 Hampden Lane, Suite 20
Bethesda, Maryland 20814

ATTN: Frank Kannapell
301-657-9171

SHIP TO: John J. Kirlin Inc.
c/o Manhattan Construction Company
United States Capitol
Washington, D.C. 20515
(301) 252-3028 or (301) 252-1772
ATTN: 7 DAYS ADVANCED NOTICE
REQUIRED FOR DELIVERIES

Revision 1: 22 February 2005

PURCHASE ORDER NO.: 1259-06-05

DATE: 7/18/03   JOB NO.: 1259

JOB: U. S. Capitol Visitor Center, Sequence 2
United States Capitol
Washington, D.C. 20515

DELIVERY TERMS: FOB Jobsite (Freight Prepaid)
Important: The acceptance of this Order or any part of it obligates the Seller to abide by the terms, conditions and instructions on both pages of this order.

Please Enter Our Order for the Following Items:

| QTY. | ITEM DESCRIPTION | DATE REQUIRED | UNIT | AMOUNT |
|---|---|---|---|---|
| | High efficiency particulate air filters as indicated on schedule | will advise | LOT | $ 124,000.00 |
| | High efficiency particulate air filter grid system frames as indicated on schedule | will advise | LOT | $ 195,000.00 |
| | Filter gages as specified | will advise | LOT | Included |
| | Pre-filters and holding frames as indicated on schedule | will advise | LOT | Included |
| | NOTE: Filters/frames for rooms 01031, 01032, 11004 and 15004 are not a part of this scope of work. Room 01002 (Electrical/mechanical) not included. | | | |
| | Manufacturer's field service as specified | will advise | LOT | $ 40,731.00 |
| | All material provided to comply with "Buy American Act" | will advise | LOT | Included |
| | Installation, operation and maintenance manuals | will advise | LOT | Included |
| 15 | Submittals as specified | July 25, 2003 | EACH | Included |
| | | | SUB-TOTAL: | $ 361,731.00 |
| | | 0.0% SALES TAX | (tax exempt) | $ - |
| | | | TOTAL AMOUNT: | $ 361,731.00 |

**THE CONTRACT DOCUMENTS**

The Contract Documents for this PURCHASE ORDER consist of this Agreement and the following listed attachments: Exhibit 1 - Contract Documents, Drawings, and Amendments
Exhibit 7 - Affidavit, Waiver or Lien and Release
Exhibit 9 - Direction of Correspondence Flow
Exhibit 12 - Submittal Procedures and Certifications
Exhibit 15 - Special Requirements
Exhibit 16 - Security Requirements
Certificate of Current Cost or Pricing Data

The PURCHASE ORDER also includes but is not limited to the following Specification Sections and Contract Drawings:
15861 - Air Filters                 MH4005 (HEPA Filter Grid Schedule)
01330 - Submittal Procedures        MH1010
01400 - Quality Requirements        MH5023
01420 - References
01600 - Product Requirements
01782 - Operation and Maintenance Documentation
01810 - Commissioning
01820 - Demonstration and Training

**SPECIAL NOTES**

A complete set of 15 copies for Architect/Engineer approval of your submission for your equipment and/or material shall be submitted by you to John J. Kirlin, Inc. no later than July 25, 2003 and shall include without limitation at least the following items: High-efficiency particulate air filters and grid system frames, all applicable Material Safety Data Sheets in accordance with the provisions of the Hazardous Communication Standard 29 CFR-1926.

Vendor to sign and return both copies of this Purchase Order to John J. Kirlin, Inc.; John J. Kirlin, Inc. will then sign and return one copy for the Vendor's files. Acknowledge and confirm all shipping dates. Send notice of shipment to us the day shipment is made. No shipment will be accepted if John J. Kirlin, Inc. is not notified 1 week in advance of its arrival at the receiving destination.

Billing Instructions: Mail invoices in duplicate, stating both Purchase Order Number and Job Name. Invoices without Purchase Order Numbers may be returned to you. WE WILL NOT BE LIABLE FOR FINANCE CHARGES UNDER THIS CIRCUMSTANCE.

ACCEPTED BY
Flanders Filters, Inc. c/o Kannapell Rodgers
Company, Inc.

_[signature]_

DATE  3/23/05

SEE RIDER ATTACHED

AUTHORIZED BY
JOHN J. KIRLIN, INC.

Roger Mitchell
Project Executive

Proprietary Information
Copyright John J. Kirlin, Inc. 9/12/00