# CERTIFICATE OF CURRENT COST OR PRICING DATA

SUPPLIER: Flanders Filters Inc.

ADDRESS: 531 Flanders Filters Road

CITY, STATE, ZIP: Washington, North Carolina 27889

TO: John J. Kirlin, Inc.
515 Dover Road, Suite 2200
Rockville, Maryland 20850

This is to certify that to the best of my knowledge and belief, the cost or pricing data (as defined in section 15.401 of the Federal Acquisition Regulation (FAR) and required under FAR subsection 15.403-4) submitted, either actually or by specific identification in writing, to the CONTRACTOR or to the CONTRACTOR'S representative in support of the United States Capitol Visitor Center, Sequence Two project are accurate, complete and current as of <u>February 28, 2005</u>. This certificate includes the cost or pricing data supporting any advanced agreements and forward pricing advance agreements and forward pricing rate agreements between the offeror and the Government that are part of the proposal.

Reference: Flanders Filters Inc. fax from Jimmy Harris on 1 December, 2004 regarding Capital Visitor Center

Flanders Filters Inc. fax from Jimmy Harris on 6 December, 2004 regarding Capital Visitor Center

Kannapell Rodgers Company letter from Frank Kannapell on December 6, 2004 regarding Capitol Visitor Center, HEPA Grid Systems, Break Out of Material Cost Increases

Kannapell Rodgers Company letter from Frank Kannapell on January 4, 2005 regarding Capitol Visitor Center, HEPA Grid Systems, Request for Equitable Adjustment, Part 2

I understand that CONTRACTOR is relying on this statement in their certification to the Government of the same and SUPPLIER hereby indemnifies CONTRACTOR for any loss, cost, fines or penalties associated with any false or inaccurate information contained in this claim.

OFFICIAL'S NAME: _James Harris_

SIGNATURE: _Jims Harris_

TITLE: _Sales_

DATE: _3/23/05_

This certification must be signed by an officer of SUPPLIER'S company.