
John J. Kirlin, Inc.
ROCKVILLE DIVISION
Mechanical Contractors

## SUBCONTRACTOR OR SUPPLIER PURCHASE ORDER MODIFICATION

TO: Flanders Filters Inc. c/o Kannapell Rodgers Company, Inc.
4905 Hampden Lane
Suite 20
Bethesda, Maryland 20814
Phone: 301-657-9171
Fax: 301-907-9231

ATTN.: Frank Kannapell

| Date | Job No. | PO No. |
|---|---|---|
| 03/28/05 | 1259 | 1259-06-05 |
| Job Name | U. S. Capitol Visitor Center, Sequence 2 | |
| | United States Capitol | |
| | Washington, D.C. 20515 | |

GC PROPOSAL # _____

Gentlemen:  JJK PROPOSAL # __132__  JJK C.O. # __21__

Please be advised that your Item # 3 of the Rider to JJK P.O. # 1259-06-05 dated 9 March, 2005 for:

Flanders Filters Inc. material/labor escalation

_____
_____
_____
_____
_____

has been accepted.

The terms and conditions of the original Purchase Order for the above project shall govern this change.

This work will increase the price of your Purchase Order by the sum of $287,019.00.

Subcontractor hereby acknowledges and agrees that the payment provided for herein fully and finally compensates Subcontractor for any and all costs whatsoever (including, but not limited to, costs of impacts, inefficiencies, ripple effects, acceleration, delay, extended job duration and extended overhead) in any matter caused by, resulting from or in any way arising out of changes and/or change orders to the Work which have occurred or which were issued up to the date hereof, and Subcontractor does hereby fully release, discharge and acquit JJK of and from the costs and agrees to indemnify and save JJK harmless from the costs.

Refer to this modification as JJK C.O. #: 21 on all future invoices or correspondence.

Please sign and fax back a copy of this modification to the undersigned. This modification must be signed and returned to us before payment can be made.

SUBCONTRACTOR /
SUPPLIER Flanders Filters Inc. c/o Kannapell R

Accepted
By: _/s/ James Harris_
         (Signature)
Printed
Name: JAMES HARRIS  Date: 3/30/05

CC: 1259-9-132, 1259-04-06-05

JOHN J. KIRLIN. INC.

By _____
       (Signature)

Michael E. Luffred
Project Manager
Office: 202-554-1920 or 8362
Fax: 202-554-8738

Form # 18
1259 Proposal Log.xls  White-Original/Accounting.  White- PM File.  Yellow-Subcontractor/Supplier.  Pink-PM Files

3/28/05
10:07 AM