# John J. Kirlin, Inc.
## ROCKVILLE DIVISION
### Mechanical Contractors

**PURCHASE ORDER RELEASE FORM - REVISED**

To: Kannapell Rodgers Company, Inc.
4905 Hampden Lane
Suite 20
Bethesda, Maryland 20814

Attention: Frank Kannapell

| | |
|---|---|
| Revision 1 Date | 11/5/04 |
| Revision 2 Date | 3/28/05 |
| Date of Original Release | |
| Job. No. | 1259 |
| Project Name | U. S. Capitol Visitor Center, Sequence 2, Washington, D.C. 20515 |
| JJK P.O. No. | 1259-06-05 |
| JJK Submittal No. | 1259-05-63 R 1 |

Date Item Approved: 1-Nov-04    APPROVED - NO EXCEPTIONS SUBMITTAL
Items Approved: Air Filters - High-efficiency particulate air resubmittal
Provide in accordance with returned Manhattan Submittal No. 0001-15861-1 / John J. Kirlin, Inc. Submittal No. 1259-05-63 R 1

Tag: 1 thru 16 (Upper & Lower), MH1010A, MH1010B, MH1310, MH5023

Requested Shipping Date: May 1, 2005 or sooner. Please advise as to when earliest available for shipment.

Ship to: (Trucker must advise Project Manager 48 hours prior to delivery. Call 301-252-3026)
JOHN J. KIRLIN, INC. - CVC PROJECT c/o Crane Rental Company
1801 W Street, N.E.
Washington, DC 20018
Office: (202) 529-6100   Fax: (202) 529-6108        Crane Rental Co. Contact: Laurie Greens

Notes:
1. As per the specifications ( 5 ) copies of Operation & Maintenance Data, including spare parts data, wiring, diagrams, etc., are required. Mail to office address within two weeks. Please note o&m's must be received prior to releasing final payment.
2. Acknowledgment of this release must be in the office within two weeks from this date.

Remarks: Please clearly label identify each individual shipped item as being for JOHN J. KIRLIN, INC. - CVC PROJECT.

Priority of Fabrication:
1st   Service Tunnel Grid Modules
2nd   AHU 23 Grid Modules
3rd   North and South Tunnel Grid Modules
4th   Filter Room Grid Modules

PLEASE FORWARD AN ACKOWLEDGEMENT WITH THE SCHEDULED DELIVERY DATE(S) NO LATER THAN  WITH ACKNOWLEDGEMENT, PLEASE INCLUDE INFORMATION ON NUMBER OF PACKAGES/UNITS AND ASSOCIATED WEIGHTS AND SIZES OF PACKAGES/UNITS THAT CAN BE EXPECTED TO SHIP UNDER THIS ORDER.

THIS RELEASE IS CONTINGENT UPON FULL COMPLIANCE WITH ENGINEER'S APPROVED AS NOTED SUBMITTAL COMMENTS.

Copies to:
X   1259-05-63 R 1    (Pink)
X   James Quine       (Yellow)
    Dan Branson       (Yellow)
    John Bradley      (Green)
    Pete Firth        (Green)

Michael E. Luffred
Project Manager
Phone: 202-564-1920 or 8362
Fax: 202-554-8738

Form #5 Copyright 1988 by John J. Kirlin, Inc.

515 Dover Road, Ste. 2200, Rockville, MD 20850 • 301-424-3410 • www.johnjkirlin-inc.com
Atlanta • Baltimore • Fort Lauderdale • Raleigh • Rockville
Established 1960

Proprietary Information
Copyright John J. Kirlin, Inc. 9/15/99