IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FLANDERS FILTERS, INC.,  )
also referred to as  )
FLANDERS~PRECISIONAIRE,  )
          Plaintiff,  )
          v.  )  Case No. _____
           )
JOHN J. KIRLIN, INC. ET AL.  )
          Defendants.  )

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Plaintiff Flanders Filters, Inc., also referred to as Flanders~Precisionaire, certify that to the best of my knowledge and belief, that the following are parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

Flanders Corporation, the parent company of Flanders Filters, Inc., is a public company.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: August 24, 2006

Respectfully Submitted,

*[signature]*

Eric C. Rowe (D.C. Bar No. 466182)
David S. Panzer (D.C. Bar No. 470677)
GREENBERG TRAURIG LLP
800 Connecticut Ave., N.W.
Suite 500
Washington, DC 20006
(202) 331-3100 (phone)
(202) 331-3101 (fax)