IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLANDERS FILTERS, INCORPORATED ) <br> a/k/a FLANDERS-PRECISIONAIRE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN J. KIRLIN, INC., ) <br> ) <br> and ) <br> ) <br> ZURICH AMERICAN ) <br> INSURANCE COMPANY, ) <br> ) <br> and ) <br> ) <br> FIDELITY AND DEPOSIT ) <br> COMPANY OF MARYLAND ) <br> ) <br> Defendants. ) <br> _____) | Case No. 1:06CV01494 <br> Judge Lamberth |

## **DEFENDANTS' LOCAL RULE LCvR 7.1 CERTIFICATE**

I, the undersigned counsel of record for Defendants, John J. Kirlin, Inc. ("Kirlin"), Zurich American Insurance Company ("ZAIC") and Fidelity and Deposit Company of Maryland ("F&D"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of the Defendants which have outstanding securities in the hands of the public:

1. John J. Kirlin, Inc. – none.

2. Zurich American Insurance Company – ZAIC is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation. Zurich Holding Company of America, Inc. is a 99.8711% owned subsidiary of Zurich Insurance Company, a Swiss corporation.  (The remaining 0.1289% is

owned by ZGA US Limited.)  Zurich Insurance Company is a wholly owned subsidiary of Zurich Group Holding, a Swiss corporation.  Zurich Group Holding is owned 43% by Allied Zurich p.l.c and 57% by Zurich Financial Services.  Allied Zurich p.l.c. is a wholly owned subsidiary of Zurich Financial Services.  *Zurich Financial Services is the only publicly traded parent company, with a primary listing on the Swiss stock exchange and a secondary listing on the London stock exchange, and a further trading of American Depositary Receipts*.

   3. Fidelity and Deposit Company of Maryland – F&D is a wholly owned subsidiary of Zurich American Insurance Company, a New York corporation.  Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation.  Zurich Holding Company of America, Inc. is a 99.8711% owned subsidiary of Zurich Insurance Company, a Swiss corporation.  (The remaining 0.1289% is owned by ZGA US Limited.)  Zurich Insurance Company is a wholly owned subsidiary of Zurich Group Holding, a Swiss corporation.  Zurich Group Holding is owned 43% by Allied Zurich p.l.c and 57% by Zurich Financial Services.  Allied Zurich p.l.c. is a wholly owned subsidiary of Zurich Financial Services.  *Zurich Financial Services is the only publicly traded parent company, with a primary listing on the Swiss stock exchange and a secondary listing on the London stock exchange, and a further trading of American Depositary Receipts*.

These representations are made in order that judges of this Court may determine the need for recusal.

                                                        Respectfully submitted,

                                                        /S/

Charles F. Mitchell
D.C. Bar No. 431188
515 Dover Road, Suite 2100
Rockville, Maryland 20850
(301) 738-8876 Phone
(301) 294-6188 Fax
cmitchell@johnjkirlin-inc.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the foregoing pleading was served this 11th day of September, 2006, by first class mail, postage prepaid, on the following:

>Eric C. Rowe, Esq.
>David S. Panzer, Esq.
>Greenberg Traurig, LLP
>800 Connecticut Avenue, N.W.
>Suite 500
>Washington, D.C. 20006

                                    /S/
                                Charles F. Mitchell