UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FLANDERS FILTERS, INC. a/k/a FLANDERS-PRECISIONAIRE, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-1494 (RCL) |
| JOHN J. KIRLIN, INC., | ) ) ) | |
| and | ) ) | |
| ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) ) | |
| and | ) ) | |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

    Defendants John Kirlin, Inc., Zurich American Insurance Co., and Fidelity and Deposit Company of Maryland have filed an answer. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendants. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

    SO ORDERED.

    Signed by Royce C. Lamberth, United States District Judge, on September 13, 2006.