IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLANDERS FILTERS, INCORPORATED, also referred to as FLANDERS~PRECISIONAIRE,<br><br>Plaintiff,<br><br>v.<br><br>JOHN J. KIRLIN, INCORPORATED<br><br>AND<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>AND<br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND<br><br>Defendants. | Case No. 1:06-cv-01494-RCL<br>Judge Royce C. Lamberth |

**PARTIES' CONFERENCE STATEMENT
PURSUANT TO LOCAL RULE 16.3**

1.  <u>Dispositive Motions.</u>  Both parties plan to file dispositive motions.

2.  <u>Joinder.</u>  Both parties believe that no other parties shall be joined.

3.  <u>Amendment of the Pleadings.</u>  Both parties believe that there will be no amendment of the pleadings.

4.  <u>Narrowing of Issues.</u>  The parties do not believe that they can narrow the factual or legal issues at this time because the Architect of the Capitol (the Project Owner) is still reviewing the Plaintiff's change order.

5.  <u>Magistrate Judge.</u>  Neither party believes that the case should be assigned to a magistrate judge for all purposes.

6.  <u>Settlement.</u>  Both parties believe there is a realistic possibility of settling the case.

7.  <u>ADR.</u>  Neither party believes that ADR is appropriate at this time because the Architect of the Capitol is still reviewing the Plaintiff's change order.

8.  <u>Summary Judgment.</u>  Both parties propose that the deadline for filing dispositive motions shall be April 30, 2007.

9.  <u>Initial Disclosures.</u>  The parties do not propose any changes to Rule 26, F.R.Civ.P., regarding initial disclosures and agree to exchange said disclosures on October 20, 2006.

10.  <u>Discovery.</u>  Both parties agree that all discovery must be completed by March 31, 2007, and that all written discovery requests shall be served by February 28, 2007.

11.  <u>Expert Witnesses.</u>  Neither party believes that the requirement of exchange of expert witness reports and information pursuant to Rule 26(a)(2), F.R.Civ.P., should be modified.  Depositions of experts shall occur before the close of discovery.

12.  <u>Bifurcation.</u>  Neither party believes that the trial and/or discovery should be bifurcated or managed in phases.

13.  <u>Pretrial Conference.</u>  Both parties propose that the deadline for filing dispositive motions shall be April 30, 2007, and depending on the resolution of the dispositive motions, a pretrial conference shall be scheduled for the beginning of July 2007.

14. <u>Trial Date.</u>  Both parties propose that a trial date shall be scheduled for early September 2007.

Dated: October 5th, 2006				Respectfully Submitted,

							_____/s/_____
							Eric C. Rowe (D.C. Bar No. 466182)
							David S. Panzer (D.C. Bar No. 470677)
							GREENBERG TRAURIG LLP
							800 Connecticut Ave., N.W.
							Suite 500
							Washington, DC 20006
							(202) 331-3100 (phone)
							(202) 331-3101 (fax)
							*Plaintiff's Counsel*


							_____/s/_____
							Charles F. Mitchell (D.C. Bar No. 431188)
							515 Dover Road, Suite 2100
							Rockville, Maryland 20850
							(301) 738-8876 (phone)
							(301) 424-0230 (fax)
							*Defendants' Counsel*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FLANDERS FILTERS, INCORPORATED, also referred to as FLANDERS~PRECISIONAIRE ) ) ) ) ) Plaintiff, ) ) v. ) ) JOHN J. KIRLIN, INCORPORATED ) ) AND ) ) ZURICH AMERICAN INSURANCE COMPANY, ) ) ) AND ) ) FIDELITY AND DEPOSIT COMPANY OF MARYLAND ) ) ) Defendants. ) ) | Case No. 1:06-cv-01494-RCL<br>Judge Royce C. Lamberth |

## ORDER GRANTING PARTIES' CONFERENCE STATEMENT PURSUANT TO LOCAL RULE 16.3

THIS CAUSE came before the Court upon the Parties Conference Statement Pursuant to Local Rule 16.3.

THE COURT having considered the Parties Conference Statement dated October 5th, 2006, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Parties Conference Statement dated October 5th, 2006, is adopted as the Scheduling Order in this case

*WDC 371347703v4 10/5/2006*

DONE AND ORDERED in chambers this ___ day of October, 2006.

_____
ROYCE C. LAMBERTH
U.S. DISTRICT COURT JUDGE