AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] | DATE 08-28-06 @ 2:00pm |
|---|---|
| NAME OF SERVER (PRINT) Robert Mills | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other (specify): by serving James J. Real, Assistant Vice President and Claims Director, authorized to accept. Service was completed at One Liberty Plaza, 30th Floor, New York, NY 10006

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed   08-28-06
           Date

Signature of Server: Bob T Mills

Address of Server:
CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050

* Initial Electronic Case Filing Order, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint and Exhibts A-F

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FLANDERS FILTERS,
INCORPORATED, also referred to as
FLANDERS~PRECISIONAIRE
531 Flanders Filters Road
Washington, North Carolina 27889

Plaintiff,

V.

JOHN J. KIRLIN, INCORPORATED
515 Dover Road
Suite 2200
Rockville, Maryland 20850

ZURICH AMERICAN INSURANCE COMPANY
One Liberty Plaza
30th Floor
New York, New York 10006

FIDELITY AND DEPOSIT COMPANY OF MARYLAND
P.O. Box 1227
Baltimore, Maryland 21203-1227

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV01494

JUDGE: Royce C. Lamberth

DECK TYPE: Contract

DATE STAMP: 08/24/2006

*JURY ACTION*

TO: (Name and address of Defendant)

ZURICH AMERICAN INSURANCE COMPANY
One Liberty Plaza
30th Floor
New York, New York 10006

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David S. Panzer, Esquire
GREENBERG TRAURIG LLP
800 Connecticut Ave., N.W., Suite 500
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         AUG 2 4 2006
CLERK                              DATE

(By) DEPUTY CLERK