U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Flanders Filters, Incorporated, also referred to as Flanders-Precisionaire

vs.

John J. Kirlin, Incorporated, et al.

No. 1:06CV01494

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

   I, VINCENT A. PIAZZA, having been duly authorized to make service of the Summons, Initial Electronic Case Filing Order, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint and Exhibits A-F in the above entitled case, hereby depose and say:

   That my date of birth / age is 08-29-1969.

   That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

   That service was made by a private process server.

   That I am not a party to or otherwise interested in this suit.

   That at 3:05 pm on August 25, 2006, I served Fidelity and Deposit Company of Maryland at 3910 Keswick Road, Baltimore, Maryland 21203 by serving Jeanne Jennings, Paralegal, authorized to accept. Described herein:

   SEX-    FEMALE
   AGE-    47
   HEIGHT- 5'6"
   HAIR-   BROWN
   WEIGHT- 150
   RACE-   WHITE

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 8/29/06
             Date

VINCENT A. PIAZZA
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 175804

# UNITED STATES DISTRICT COURT
## District of Columbia

FLANDERS FILTERS,
INCORPORATED, also referred to as
FLANDERS~PRECISIONAIRE
531 Flanders Filters Road
Washington, North Carolina 27889

Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

JOHN J. KIRLIN, INCORPORATED
515 Dover Road
Suite 2200
Rockville, Maryland 20850

ZURICH AMERICAN INSURANCE COMPANY
One Liberty Plaza
30th Floor
New York, New York 10006

FIDELITY AND DEPOSIT COMPANY OF MARYLAND
P.O. Box 1227
Baltimore, Maryland 21203-1227

Defendants.

CASE NUMBER   1:06CV01494

JUDGE: Royce C. Lamberth

DECK TYPE: Contract

DATE STAMP: 08/24/2006

TO: (Name and address of Defendant)

FIDELITY AND DEPOSIT COMPANY OF MARYLAND
P.O. Box 1227
Baltimore, Maryland 21203-1227

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David S. Panzer, Esquire
GREENBERG TRAURIG LLP
800 Connecticut Ave., N.W., Suite 500
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        AUG 2 4 2006
CLERK                              DATE

(By) DEPUTY CLERK