UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FLANDERS FILTERS, INC.** a/k/a **FLANDERS-PRECISIONAIRE,** <br><br>Plaintiff, <br><br>v. <br><br>**JOHN J. KIRLIN, INC.,** <br><br>and <br><br>**ZURICH AMERICAN INSURANCE COMPANY,** <br><br>and <br><br>**FIDELITY AND DEPOSIT COMPANY OF MARYLAND,** <br><br>Defendants. | Civil Action No. 06-1494 (RCL) |

### ORDER

THIS CAUSE comes before the Court upon the Parties' Conference Statement Pursuant to Local Civil Rule 16.3.

THE COURT having considered the Parties' Conference Statement dated October 5, 2006, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED that the Parties' Conference Statement dated October 5, 2006 is adopted as the Scheduling Order in this case.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on October 24, 2006.