**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| FLANDERS FILTERS, INCORPORATED, also referred to as FLANDERS~PRECISIONAIRE | ) ) ) ) | |
| Plaintiff, | ) ) | Case No.  1:06-cv-01494-RCL Judge Royce C. Lamberth |
| v. | ) ) | |
| JOHN J. KIRLIN, INCORPORATED | ) ) | |
| AND | ) ) | |
| ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) | |
| AND | ) ) | |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND | ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), the above-captioned action is hereby dismissed *without prejudice* by consent of all parties.  All parties shall bear their own costs and attorneys' fees.

1

Dated: February 28th, 2007                    Respectfully Submitted,

/s/

Eric C. Rowe (D.C. Bar No. 466182)
David S. Panzer (D.C. Bar No. 470677)
GREENBERG TRAURIG LLP
800 Connecticut Ave., N.W.
Suite 500
Washington, DC 20006
(202) 331-3100 (phone)
(202) 331-3101 (fax)
*Plaintiff's Counsel*

/s/

Charles F. Mitchell (D.C. Bar No. 431188)
515 Dover Road, Suite 2100
Rockville, Maryland 20850
(301) 738-8876 (phone)
(301) 424-0230 (fax)
*Defendants' Counsel*